IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIONPHARMA INC., ) <br> ) <br> Defendant. ) | C.A. No. 20-1256 (LPS) |

**STIPUTLATION AND [PROPOSED] ORDER
TO FILE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the court, that:

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may file the Second Amended Complaint attached hereto as Exhibit 1. A blackline against the First Amended Complaint is attached as Exhibit 2.

2. The Second Amended Complaint shall be filed as a separate docket entry upon entry of this stipulation and shall be deemed served upon filing.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014) <br> Megan E. Dellinger (#5739) <br> 1201 North Market Street <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2021.

_____
Chief United States District Judge